

305 Madison Avenue<br>
New York, NY 10165<br>
T: 212-922-1080<br>
F: 212-949-8255<br>
<br>
Wayne E. Gosnell, Jr.<br>
Partner<br>
gosnell@clayro.com

April 13, 2020

<u>VIA ECF</u>

Honorable Jed S. Rakoff
United States District Court
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Peter G. Johnson, Case No. 17-CR-482 (JSR)</u>

Dear Judge Rakoff:

  We represent Peter G. Johnson, who is presently serving the incarceratory period of his sentence at the minimum-security camp at FCI Fort Dix.  By letter motion dated April 7, 2020, Mr. Johnson sought an order from this Court for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  The government was directed to respond to that motion by today, April 13, 2020.

  We write to withdraw our motion at this time.  We understand from speaking with Mr. Johnson's wife that the Bureau of Prisons has moved him to a 14-day quarantine in anticipation of releasing him on home confinement at the end of that period on April 23, 2020.  Although we have not been able to confirm the release date yet with the Bureau of Prisons, we believe that the prudent course of action is to withdraw the motion at this time and, if necessary, to renew it if the BOP's stance changes.

            Respectfully submitted,

             /s/ Wayne Gosnell
            Wayne E. Gosnell, Jr.
            Charles E. Clayman

CC: AUSA Benet Kearney (by Email and ECF)